IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE SINGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No.   13-cv-857-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

## ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Attorney Fees and Costs Under the Equal Access to Justice Act.  **(Doc. 21)**.   Plaintiff seeks a total award of fees, costs and expenses in the amount of $2,612.50.   Defendant filed a Stipulation agreeing that plaintiff is entitled to that amount.   **(Doc. 22).**

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

Plaintiff's Motion **(Doc. 21)** is **GRANTED**.   The Court awards plaintiff Christine Singh the sum of **$2,612.50** for attorney's fees, costs and expenses pursuant to the Equal Access to Justice Act.   These funds shall be payable to plaintiff and can be offset to satisfy any pre-existing debt owed by plaintiff to the United States, per ***Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).**

**IT IS SO ORDERED.**

**DATE:   July 31, 2014.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**